**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Congregation Coffee, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-3526166 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1746 Tchoupitoulas Street**<br>**New Orleans, LA 70130**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orleans**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.congregationcoffee.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Congregation Coffee, LLC_____     Case number (*if known*) _____
          Name

---

7.  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2095___

---

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | Congregation Coffee, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Congregation Coffee, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 – $100,000
- ☐ $100,001 – $500,000
- ☑ $500,001 – $1 million

- ☐ $10,000,001 – $50 million
- ☐ $50,000,001 – $100 million
- ☐ $100,000,001 – $500 million

- ☐ $1,000,000,001 – $10 billion
- ☐ $10,000,000,001 – $50 billion
- ☐ More than $50 billion

Debtor   Congregation Coffee, LLC _____     Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 6, 2023
              MM / DD / YYYY

X _____          Eliot Guthrie
Signature of authorized representative of debtor      Printed name

Title   Manager

**18. Signature of attorney**

X _____          Date   June 6, 2023
Signature of attorney for debtor                    MM / DD / YYYY

Stewart F. Peck 10403
Printed name

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Firm name

601 Poydras Street, Suite 2775
New Orleans, LA 70130
Number, Street, City, State & ZIP Code

Contact phone   (504)568-1990      Email address _____

10403 LA
Bar number and State

Fill in this information to identify the case:

Debtor name **Congregation Coffee, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1770 Tchoupitoulas Inc. 4152 Canal Street New Orleans, LA 70119 | | | | | | $14,726.12 |
| Balzac 11 Fulton Street Charleston, SC 29401 | | | | | | $4,501.28 |
| Cafe Imports 2617 East Hennipin Avenue Minneapolis, MN 55413-2000 | | | | | | $5,734.91 |
| Cofinet 16192 Coastal Highway Lewes, DE 19958 | | | | | | $14,858.53 |
| Crop to Cup 157 11th Street Brooklyn, NY 11215 | | | | | | $5,606.02 |
| Crop to Cup 157 11th Street Brooklyn, NY 11215 | | | | | | $224.24 |
| Crown 308 S Main Street New Knoxville, OH 45871 | | | | | | $1,638.80 |
| Financial Pacific Leasing 3455 S 344th Way, Suite 300 Auburn, WA 98001 | | | | | | $47,000.00 |
| Forward Financing 52 State Street, 20th Floor Boston, MA 02109 | | | | | | $9,976.54 |

| Debtor | __Congregation Coffee, LLC__ | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Heidi Gremillion P.O. Box 56801 New Orleans, LA 70156 | | | | | | $4,000.00 |
| Keffa 7 South High Street Baltimore, MD 21202 | | | | | | $6,150.83 |
| Keffa 4152 Canal Street New Orleans, LA 70119 | | | | | | $6,262.15 |
| Onyx P.O. Box 31123 Bellingham, WA 98228 | | | | | | $6,067.97 |
| PayPal 2211 N 1st Street San Jose, CA 95131 | | | | | | $161,752.40 |
| SBA EIDL P.O. Box 3918 Portland, OR 97208 | | | | | | $500,000.00 |
| Shopify 33 New Montgomery Street, Suite 750 San Francisco, CA 94105 | | | | | | $10,373.53 |
| Stripe 354 Oyster Port Blvd. South South San Francisco, CA 94080 | | | | | | $3,398.00 |
| Studio WTA 7041 Canal Blvd. New Orleans, LA 70124 | | | | | | $26,320.00 |
| Sucafina 109 North 12 Street, Suite 602 Brooklyn, NY 11249 | | | | | | $8,385.47 |
| Sucafina 109 North 12 Street, Suite 602 Brooklyn, NY 11249 | | | | | | $4,127.01 |

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    Congregation Coffee, LLC

Debtor(s)

Case No. _____

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Andrea Morgan<br>16 Todd Brook Drive<br>Toronto, Ontario M9V 1RV<br>CANADA | LLC Membership Interest | 0.40% | LLC Membership Interest |
| Beau Guthrie<br>601 N. Richmond<br>Carson City, NV 89703 | LLC Membership Interest | 0.80% | LLC Membership Interest |
| Eliot Guthrie<br>319 S. Murat Street<br>New Orleans, LA 70119 | LLC Membership Interest | 98.6% | LLC Membership Interest |
| Tobias Coughlin-Beau<br>17123 Vashon Hwy SW<br>Vashon, WA 98070 | LLC Membership Interest | 0.20% | LLC Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 6, 2023

Signature    Eliot Guthrie

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    Congregation Coffee, LLC _____

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Congregation Coffee, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 6, 2023 _____
Date

_____
Stewart F. Peck 10403
Signature of Attorney or Litigant
Counsel for   Congregation Coffee, LLC
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
(504)568-1990 Fax:(504)310-9195

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    Congregation Coffee, LLC _____

                                  Debtor(s)

Case No. _____

Chapter     11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     June 6, 2023 _____

_____

Eliot Guthrie/Manager
Signer/Title

1770 Tchoupitoulas Inc.
4152 Canal Street
New Orleans, LA 70119

Assentium Capital
23970 US-59
Kingwood, TX 77339

Balzac
11 Fulton Street
Charleston, SC 29401

Cafe Imports
2617 East Hennipin Avenue
Minneapolis, MN 55413-2000

Cofinet
16192 Coastal Highway
Lewes, DE 19958

Crop to Cup
157 11th Street
Brooklyn, NY 11215

Crown
308 S Main Street
New Knoxville, OH 45871

Financial Pacific Leasing
3455 S 344th Way, Suite 300
Auburn, WA 98001

Forward Financing
52 State Street, 20th Floor
Boston, MA 02109

Heidi Gremillion
P.O. Box 56801
New Orleans, LA 70156

Keffa
7 South High Street
Baltimore, MD 21202

Keffa
4152 Canal Street
New Orleans, LA 70119

Onyx
P.O. Box 31123
Bellingham, WA 98228

PayPal
2211 N 1st Street
San Jose, CA 95131

SBA EIDL
P.O. Box 3918
Portland, OR 97208

Shopify
33 New Montgomery Street, Suite 750
San Francisco, CA 94105

Square
1455 Market Street, Suite 600
San Francisco, CA 94103

Stripe
354 Oyster Port Blvd. South
South San Francisco, CA 94080

Studio WTA
7041 Canal Blvd.
New Orleans, LA 70124

Sucafina
109 North 12 Street, Suite 602
Brooklyn, NY 11249